AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, and NORTHEAST OHIO COALITION FOR THE HOMELESS *Plaintiff(s)* v. JON HUSTED, in His Official Capacity as Secretary of State of Ohio *Defendant(s)* | Civil Action No. 2:16-cv-303 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jon Husted
Secretary of State of Ohio
180 East Broad Street, 16th Floor
Columbus, Ohio 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Naila Awan
Demos
220 Fifth Avenue, 2nd Floor
New York, NY 10001

Freda Levenson
American Civil Liberties Union of Ohio
4506 Chester Avenue
Cleveland, OH 44103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*