# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE and NORTHEAST OHIO COALITION FOR THE HOMELESS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JON HUSTED, in his official capacity as Ohio Secretary of State,<br><br>　　　　Defendant. | Case No.  2:16-cv-303<br><br>JUDGE GEORGE C. SMITH<br>Magistrate Judge Elizabeth Preston Deavers |

## DECLARATION OF LARRY HARMON

## DECLARATION OF LARRY HARMON
(pursuant to 28 U.S.C. § 1746)

I, Larry Harmon, hereby declare as follows:

### Personal Background

1. I am over the age of 18, and I make this declaration based on my personal knowledge.

2. I was born in Akron, Ohio. I have always lived in Ohio, except for the time that I was serving in the United States Navy. I am 59 years old.

3. I currently reside at 3862 Mogadore Road, in Kent, Ohio. I have resided at this address for about sixteen years.

4. Currently, I am employed as a software engineer.

### Voting History

5. I am a firm believer in the right to vote and participate in the political process. I vote in most presidential elections, and I sometimes vote in gubernatorial elections, or elections where there are other local candidates on the ballot or issues that I care about.

6. I remember voting in the both the 2004 and 2008 presidential elections. I did not cast a ballot in 2012, however, nor did I vote in 2010 or 2014. In 2012, I was disillusioned with the candidates and the political process, so I decided to abstain from voting, which was my own way of having my voice heard. There's no option on a ballot for "none of the above," so I stayed home and expressed my political preference that way.

### Experience Attempting to Vote in the 2015 Election

7. In November 2015, I attempted to vote in the local election. I was interested in the issues on the ballot.

8. I went to my usual polling place, which I knew had not changed because my son, who is registered at our home address, received a notice that this was his polling location. But

*LDH*
*3/30/2016*

when I arrived at the polling place, the worker told me that my name was not in the poll book.

9. Because I had voted in prior elections, I believed I was registered to vote in the 2015 election.

10. I do not remember ever receiving a notice in the mail asking me to confirm my address or warning me that my voter registration would be cancelled if I did not vote.

11. At the polling place, I was never informed that I could vote by provisional ballot. I was told that my name was not in the poll book, meaning I was not registered to vote and therefore could not vote in the election.

12. I was very upset that I was unable to vote in the election. I pay Ohio income taxes and Portage County property taxes—both of which contain my address. My registration was cancelled even though I had not moved, and the State had accurate records at their disposal that would have shown the reality: that I still resided at my address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2016.

_____
Larry Harmon