# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | Case No. 2:16-cv-00303 |
| | : | |
| v. | : | JUDGE GEORGE C. SMITH |
| | : | |
| **SECRETARY OF STATE, JON HUSTED** | : | Magistrate Judge Deavers |
| | : | |
| **Defendant.** | : | |

## ORDER

Counsel for Plaintiffs and Defendant have conferred and agree to stipulate to the following order (the "Protective Order"):

1. This Protective Order applies to the documents produced in response to subpoenas served by Plaintiffs on the following county boards of election on or about March 21, 2017: Cuyahoga, Greene, Hamilton, Lake, Licking, Lorain, Lucas, Mahoning, Medina, Miami, Montgomery, Portage, Stark, Summit, Trumbull, Wood, Warren, Butler, Delaware, and Franklin.

2. Some of the documents requested in the subpoenas include personal information, including voter names, voter addresses, voter dates of birth, portions of voter's social security numbers, and potentially other personal information. This information collectively shall be referred to herein as "Personal Identifiers."

3. Without permission of the Court, no document with Personal Identifiers shall be shared with any person or entity other than the parties to this litigation, their lawyers, and any

consultants or expert witnesses retained by the parties or their lawyers, all of whom shall be bound by this Protective Order.

4. The documents produced in response to the subpoenas can only be used for purposes of this litigation.

5. Within 60 days following conclusion of this litigation and all appeals, Plaintiffs (and all others who received the documents pursuant to Paragraph 3) shall destroy all documents containing Personal Identifiers.

6. Personal Identifiers shall not be quoted in any public filings. Instead, the Parties are to use separate anonymous identifiers such as "Person A" and to separately and confidentially disclose to the opposing party's counsel the identity of Person A, so that the opposing party can effectively respond, as needed, to the allegation related to that individual.

7. To the extent it is necessary to attach a document with any Personal Identifiers to any pleading in this litigation, any such document shall be filed under seal or otherwise have all of the Personal Identifiers redacted.

8. It is the obligation of all counsel in this matter to provide a copy of this Protective Order to the boards of election (or their counsel) within one day of issuance of this Protective Order. If any board of election has an objection to the Protective Order, the board shall notify the Court of its objection within four days of the date of this Protective Order. In addition, nothing in this Protective Order prohibits boards from negotiating with Plaintiffs with respect to the subpoenas and as necessary, negotiating separate, additional confidentiality agreements with additional or different terms than those herein.

   **IT IS SO ORDERED.**

          *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

Stipulated to, by:

| | |
|---|---|
| | MIKE DEWINE<br>Ohio Attorney General |
| *s/ Naila Awan (Per Email Authorization)* | *s/ Steven T. Voigt* |
| NAILA AWAN, Trial Attorney (0088147)<br>STUART C. NAIFEH*<br>CAMERON BELL*<br>Dēmos<br>80 Broad St, 4th Flr.<br>New York, NY 10004<br>Telephone: 212-485-6055<br>Email: nawan@demos.org<br>Email: snaifeh@demos.org | STEVEN T. VOIGT (0092879)<br>Principal Assistant Attorney General<br>HEATHER BUCHANAN (0083032)<br>Senior Assistant Attorneys General<br>Constitutional Offices Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>Tel: (614) 466-2872; Fax: (614) 728-7592<br>steven.voigt@ohioattorneygeneral.gov<br>heather.buchanan@ohioattorneygeneral.gov |
| FREDA J. LEVENSON (0045916)<br>ACLU of Ohio<br>4506 Chester Avenue<br>Cleveland, Ohio 44103<br>Telephone: 216-472-2220<br>Email: flevenson@acluohio | *Counsel for Defendant*<br>*Secretary of State Jon Husted* |

DANIEL P. TOKAJI
Cooperating Attorney for ACLU of Ohio
The Ohio State University
Moritz College of Law**
55 W. 12th Ave
Columbus, OH 43210
Telephone: 310-266-0402
Email: dtokaji@gmail.com

RICHARD SAPHIRE (0017813)
Cooperating Attorney for ACLU of Ohio
University of Dayton School of Law**
300 College Park
Dayton, Ohio 45469
Telephone: 937-229-2820
Email: rsaphire1@udayton.edu

PAUL MOKE (0014099)
Cooperating Attorney for ACLU of Ohio
Wilmington College**
1252 Pyle Center
Wilmington, Ohio 45177
Telephone: 937-725-7501
Email: paul.moke@gmail.com