# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.* | : |
| **Plaintiffs,** | : Case No. 2:16-cv-00303 |
| v. | : JUDGE GEORGE C. SMITH |
| **SECRETARY OF STATE, JON HUSTED,** | : Magistrate Judge Deavers |
| **Defendant.** | : |

# ORDER

1. On May 30, 2017, the United States Supreme Court agreed to hear Defendant's certiorari petition, *Husted v. A. Philip Randolph Institute*, No. 16-980.

2. The remedy proceeding before this Court, including all discovery, briefing, motions, and other pleadings, is stayed until the United States Supreme Court issues its decision.

3. Upon issuance of the decision, the Parties shall, if necessary, depending on the outcome of the Supreme Court review, jointly propose a scheduling order to continue the remedy proceeding before this Court. The calendar dates will be set to approximate the point in time when this stay is ordered.

4. Until issuance of the Supreme Court's decision, the prior Orders known as the "APRI Exception" (Doc. 89, Doc. 92, and Doc. 93) shall be applicable to every state and local election in Ohio, without further need to move for an Order from this Court.

5. Until issuance of the Supreme Court's decision, the Secretary shall not implement the Supplemental Process.

6. Counsel for the Parties have met and conferred and the Parties agree to this Order.

      **IT IS SO ORDERED.**

                                               *s/ George C. Smith*
                                               **GEORGE C. SMITH, JUDGE**
                                               **UNITED STATES DISTRICT COURT**