UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OHIO A. PHILIP RANDOLPH
INSTITUTE, *et al.*,

    Plaintiffs,

v.

    Case No. 2:16-cv-303
    JUDGE GEORGE C. SMITH
    Magistrate Judge Elizabeth P. Deavers

JON A. HUSTED,
OHIO SECRETARY OF STATE,

    Defendant.

## ORDER

This matter came before the Court for a mediation conference on July 27, 2018. During that mediation, the parties reached an agreement with respect to how to proceed for the August 2018 special election and further agreed to continue negotiations in an effort to resolve Plaintiffs' remaining cause of action. Despite the parties' significant efforts, they have arrived at impasse. By separate order, the Court will schedule a conference to discuss a briefing schedule. The parties are reminded that mediation communications shall remain confidential. S.D. Ohio Civ. R. 16.3(c).

    **IT IS SO ORDERED.**

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE