# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.*,

      Plaintiffs,

-v-                                         **Case No.: 2:16-cv-303**
                                                **JUDGE GEORGE C. SMITH**
                                                **Magistrate Judge Deavers**

**JON A. HUSTED,**
**OHIO SECRETARY OF STATE,**

      Defendant.

## ORDER

The Court issued an Order on August 3, 2018, holding the previously imposed briefing schedule in abeyance until the Mediator notifies the Court that the parties have reached an impasse. (Doc. 127). The Mediator issued an order notifying the Court that the parties have reached an impasse in their settlement discussions. (*See* Doc. 128). Therefore, the Court must decide the final remaining issue of this case, Plaintiff's Second Cause of Action in the First Amended Complaint regarding whether the Confirmation Notice (Ohio Secretary of State Form 10-S), used during the Supplemental Process, violates Section 8 of the National Voter Registration Act of 1993, 52 U.S.C. § 20507.

The parties previously agreed to brief all remaining issues in the case and the Court will issue a final judgment on the merits. Based on the previously imposed briefing schedule and the upcoming November general election, the Court imposes the following briefing schedule:

- Plaintiffs shall file their Motion for Final Judgment/Permanent Injunction on or before September 14, 2018.

- Defendant shall file their Response in Opposition to Plaintiffs' Motion on or before September 28, 2018.

- Plaintiffs may file a brief Reply on or before October 8, 2018.

Plaintiffs' Motion and Defendants' response shall be limited to 20 pages each. Plaintiffs' reply shall be limited to 10 pages.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**