IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE, NORTHEAST OHIO COALITION FOR THE HOMELESS, and LARRY HARMON,**<br><br>Plaintiffs,<br><br>v.<br><br>**JON HUSTED,**<br>*in his official capacity as Ohio Secretary of State*,<br><br>Defendant. | Case No. 2:16-cv-303<br><br>JUDGE GEORGE C. SMITH<br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF APPEAL

Notice is hereby given that Ohio A. Philip Randolph Institute, Northeast Ohio Coalition for the Homeless, and Larry Harmon hereby appeal to the United States Court of Appeals for the Sixth Circuit from:

1. The District Court's OPINION AND ORDER granting in part and denying in part plaintiffs' motion for entry of judgment or summary judgment and for a permanent injunction, entered in this action on October 10, 2018 (Doc. 140); and

2. The CLERK'S JUDGMENT, entered in this action on October 10, 2018 (Doc. 141).

Dated: October 11, 2018

Respectfully submitted,

/s/ Naila Awan

| | |
|---|---|
| Freda J. Levenson (0045916) | Naila Awan, Trial Attorney (0088147) |
| Elizabeth Bonham | Stuart C. Naifeh* |
| ACLU of Ohio | Dēmos |
| 4506 Chester Avenue | 80 Broad Street, 4th Flr. |
| Cleveland, Ohio 44103 | New York, NY 10004 |
| Telephone: 216-472-2220 | Telephone: 212-485-6055 |
| Email: flevenson@acluohio.org | Email: nawan@demos.org |
| | Email: snaifeh@demos.org |
| Richard Saphire (0017813) | Chiraag Bains* ** |
| Cooperating Attorney for ACLU of Ohio | Dēmos |
| 109 North Main St., #1205 | 740 6th Street NW, 2nd Floor |
| Dayton, Ohio 45402 | Washington, DC 20001 |
| Telephone: 937-229-2820 | Telephone: (202) 864-2746 |
| Email: rsaphire1@udayton.edu | Email: cbains@demos.org |

*Counsel for Plaintiffs*

_____

\*    Admitted pro hac vice
\*\*   Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was filed this 11th day of October, 2018 through the Court's Electronic Filing System. Parties will be served, and may obtain copies electronically, through the operation of the Electronic Filing System.

Dated: October 11, 2018

/s/ Naila Awan
Naila Awan, Trial Attorney (0088147)
Dēmos
80 Broad St, 4th Flr.
New York, NY 10004
Telephone: 212-485-6065
E-mail: nawan@demos.org