# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.* : | |
| : | |
| Plaintiffs, : | Case No. 2:16-cv-00303 |
| : | |
| v. : | JUDGE GEORGE C. SMITH |
| : | |
| **SECRETARY OF STATE, JON HUSTED** : | Magistrate Judge Deavers |
| : | |
| Defendant. : | |

## NOTICE OF COMPLIANCE

The Secretary of State hereby notifies the Court that his Office has completed updates to its website to bring it into compliance with the Court's Order of October 10, 2018 (Doc. 140). The Secretary's update differs from the Court's instruction in one small way to better provide accessibility to individuals who have visual challenges. If the Court disagrees with this approach, the Secretary will comply with the Court's instructions.

The Court instructed the Secretary to do the following:

> [A]dd additional information to the Ohio Secretary of State's webpage on how voters in Ohio can continue to be eligible to vote when moving out of state. Specifically, on the following webpages: https:/olvr.sos.state.oh.us/ and https://olvr.sos.state.oh.us/NCOA//NCAO, there are sections titled "HAVE YOU MOVED OUT OF OHIO?" where the following language should be added: To find information on how to register to vote in another state, visit the U.S. Election Assistance Commission's website: www.eac.gov/voter_resources/register_to_vote.aspx.

To comply with this Order, the Secretary added this language to the web pages: "To find information on how to register to vote in another state, visit the U.S. Election Assistance Commission's website." Within this sentence, the text "U.S. Election Assistance Commission's

website" is hyperlinked to the website the Court identifies within its Order, "www.eac.gov/voter_resources/register_to_vote.aspx."

The U.S. Department of Justice notes that "Blind people who cannot see computer monitors may use screen readers – devices that speak the text that would normally appear on a monitor." *See* U.S. Department of Justice, Accessibility of State and ocal Government Websites to People with Disabilities, https://www.ada.gov/websites2_prnt.pdf.  "When navigation links are used, people who use a screen reader must listen to all the links before proceeding." *Id*. Providing a hyper-link—instead of writing the full link to the U.S. Election Assistance Commission's website—makes the web-site language easier to follow for individuals with visual challenges who use screen readers.

        Respectfully submitted,

        MIKE DEWINE
        Ohio Attorney General


        *s/ Steven T. Voigt*
        STEVEN T. VOIGT (0092879)
        Principal Assistant Attorney General
        HEATHER L. BUCHANAN (0083032)
        Assistant Attorney General
        Constitutional Offices Section
        30 East Broad Street, 16th Floor
        Columbus, Ohio 43215
        Tel: (614) 466-2872 | Fax: (614) 728-7592
        steven.voigt@ohioattorneygeneral.gov
        heather.buchanan@ohioattorneygeneral.gov

        *Counsel for Defendant*
        *Secretary of State Jon Husted*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

*/s/ Steven T. Voigt*
STEVEN T. VOIGT (0092879)
Principal Assistant Attorney General