IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| OHIO A. PHILIP RANDOLPH INSTITUTE, *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:16-cv-00303 |
| | : | |
| v. | : | JUDGE GEORGE C. SMITH |
| | : | |
| SECRETARY OF STATE, FRANK LAROSE | : | Magistrate Judge Deavers |
| | : | |
| Defendant. | : | |

**JOINT STIPULATION AND ORDER RELATED TO
THE PRIMARY ELECTION ON MAY 7, 2019**

Using the Sixth Circuit's mediation process, the Parties intend to engage in mediation related to Plaintiffs' second cause of action. Upon consideration of this matter and to enable the Parties time to engage in mediation, this Court orders that the three Orders allowing certain voters to cast provisional ballots in recent elections (Docs. 89, 92, and 93) (together, the "APRI Exception") shall be reinstated, in part, and implemented for the limited and sole purpose of the election on May 7, 2019. While the APRI Exception is implemented for the election on May 7, 2019, any portion of Docs 89, 92, or 93 that prohibit or limit the Supplemental Process or notices thereunder are not reinstated and remain vacated. The Secretary shall issue a directive or directives implementing the APRI Exception for the May election. This Order furthers judicial efficiency, avoids costs associated with additional briefing, and enables the Parties to discuss resolution. All Parties have reviewed and consent to this Order. This Order and the re-implementation of the APRI Exception for the limited and sole purpose of the election on May 7, 2019 shall not be considered the status quo of election administration in Ohio and shall not be of precedential value for either Party in any briefing and litigation of Plaintiffs' second cause of

action. The Secretary's arguments against any remedy proposed by Plaintiffs are preserved and shall not be affected, prejudiced, or diminished in any way by this Order. Neither Party is considered a prevailing party with respect to this Order.

Respectfully submitted,

|  |  |
|---|---|
|  | DAVE YOST<br>Ohio Attorney General |
| *s/Naila Awan* | *s/Heather L. Buchanan* |
| NAILA AWAN, Trial Attorney (0088147)<br>STUART C. NAIFEH*<br>CAMERON BELL*<br>Dēmos<br>80 Broad St., 4th Flr.<br>New York, NY 10004<br>Telephone: 212-485-6055<br>nawan@demos.org<br>snaifeh@demos.org | HEATHER L. BUCHANAN (0083032)<br>Senior Assistant Attorney General<br>Constitutional Offices Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>Tel: (614) 466-2872; Fax: (614) 728-7592<br>heather.buchanan@ohioattorneygeneral.gov<br><br>*Counsel for Defendant*<br>*Secretary of State Frank LaRose* |

FREDA J. LEVENSON (0045916)
ACLU of Ohio
4506 Chester Avenue
Cleveland, Ohio 44103
Telephone: 216-472-2220
Email: flevenson@acluohio


DANIEL P. TOKAJI
Cooperating Attorney for ACLU of Ohio
The Ohio State University
Moritz College of Law**
55 W. 12th Ave
Columbus, OH 43210
Telephone: 310-266-0402
dtokaji@gmail.com

RICHARD SAPHIRE (0017813)
Cooperating Attorney for ACLU of Ohio
University of Dayton School of Law**
300 College Park
Dayton, Ohio 45469
Telephone: 937-229-2820
rsaphire1@udayton.edu

PAUL MOKE (0014099)
Cooperating Attorney for ACLU of Ohio
Wilmington College**
1252 Pyle Center
Wilmington, Ohio 45177
Telephone: 937-725-7501
paul.moke@gmail.com

*Counsel for Plaintiffs*

\*   *Admitted pro hac vice*
\*\* *Institutional affiliation for the purpose*
   *of identification only*

Dated:_____

**IT IS SO ORDERED**

_____
GEORGE C. SMITH
UNITED STATES DISTRICT JUDGE