IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE, NORTHEAST OHIO COALITION FOR THE HOMELESS, and LARRY HARMON,**<br><br>        Plaintiffs,<br><br>  v.<br><br>**FRANK LAROSE,**<br>*in his official capacity as Ohio Secretary of State*,<br>        Defendant. | Case No. 2:16-cv-303<br><br>JUDGE GEORGE C. SMITH<br>Magistrate Judge Elizabeth Preston Deavers |

## JOINT STIPULATION TO DISMISS

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Ohio A. Philip Randolph Institute, Northeast Ohio Coalition for the Homeless, and Larry Harmon and Defendant Frank LaRose in his official capacity as Secretary of State of Ohio, hereby stipulate to the dismissal of this action with prejudice, and without costs or fees to either party.

Dated: August 30, 2019

DAVE YOST
Ohio Attorney General

/s/ Heather L. Buchanan
HEATHER L. BUCHANAN (0083032)
    Trial Attorney
Senior Assistant Attorney General
ANN YACKSHAW (0090623)
Associate Assistant Attorney General
Constitutional Offices Section

Respectfully submitted,

/s/ Naila S. Awan
Naila S. Awan, Trial Attorney (0088147)
Stuart C. Naifeh*
Dēmos
80 Broad Street, 4th Flr.
New York, NY 10004
Telephone: 212-485-6055
Email: nawan@demos.org
Email: snaifeh@demos.org

1

30 East Broad Street, 16th Floor
Columbus, Ohio 43215
614-466-2872
Heather.Buchanan@ohioattorneygeneral.gov
Ann.Yackshaw@ohioattorneygeneral.gov

*Counsel for Defendant Frank LaRose, in his official capacity as Secretary of State of Ohio*

Chiraag Bains* ***
Dēmos
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone: (202) 864-2746
Email: cbains@demos.org

Freda J. Levenson (0045916)
Elizabeth Bonham
ACLU of Ohio
4506 Chester Avenue
Cleveland, Ohio 44103
Telephone: 216-472-2220
Email: flevenson@acluohio.org

Daniel P. Tokaji*
Cooperating Attorney for ACLU of Ohio
The Ohio State University
Moritz College of Law**
55 W. 12th Ave
Columbus, OH 43210
Telephone: 310-266-0402
Email: dtokaji@gmail.com

Richard Saphire (0017813)
Cooperating Attorney for ACLU of Ohio
University of Dayton School of Law**
300 College Park
Dayton, Ohio 45469
Telephone: 937-229-2820
Email: rsaphire1@udayton.edu

Paul Moke (0014099)
Cooperating Attorney for ACLU of Ohio
Wilmington College**
1252 Pyle Center
Wilmington, Ohio 45177
Telephone: 937-725-7501
Email: paul.moke@gmail.com

*Counsel for Plaintiffs*

---

\* Admitted pro hac vice
\*\* Institutional affiliation for the purpose of identification only
\*\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL was filed this August 30, 2019 through the Court's Electronic Filing System. Parties will be served, and may obtain copies electronically, through the operation of the Electronic Filing System.

/s/ Naila S. Awan
Naila S. Awan, Trial Attorney (0088147)
Dēmos
80 Broad Street, 4th Flr.
New York, NY 10004
Telephone: 212-485-6055
E-mail: nawan@demos.org